Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
1114 Fremont Avenue
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLA@att.net

**Attorneys for Plaintiffs**
**J & J Sports Productions, Inc.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J Sports Productions, Inc.** | **CASE NO. C08-00317-JF** |
| **Plaintiff,** | **PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)** |
| **vs.** | |
| **Cornelia Czornei Palladini, et al.** | |
| **Defendant.** | |

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the initial Case Management Conference in this action, presently set for Thursday, May 16, 2008 at 10:30 a.m. to a new date approximately thirty (30) to forty-five (45) days forward. This request is necessitated by the fact that Plaintiff has not yet perfected service of process as to the defendants named to this action.

As such, as of this writing, Plaintiff has yet to recieve an answer or any other responsive pleading from either of the defendants. As a result, Plaintiff's counsel has not conferred with the defendants concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Case Management Conference Statement.

///

///

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Wherefore**, Plaintiff respectfully requests that this Honorable Court continue the Case Management Conference presently scheduled for Thursday, May 16, 2008 to a new date approximately thirty (30) to forty-five (45) days forward in order that responsive pleadings may be filed by each of the defendants and Plaintiff's counsel may thereafter confer with the defendants and/or their counsel and thereafter prepare and file a joint Case Management Conference Statement for the Court's review.

Respectfully submitted,

Dated: May 8, 2008

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///

///

///

///

///

///

///

///

///

///

///

///

///

## ORDER (Proposed)

It is hereby ordered that the Case Management Conference in civil action number C08-00317-JF styled *J& J Sports Productions, Inc. v Cornelia Czornei Palladini, et al*., is hereby continued from 10:30 a.m., Thursday, May 16, 2008, to_____.

The Parties shall file a joint Case Management Statement in advance of the Case Management Conference pursuant to the Local Rules and the Standing Order of this Court.

Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

_____    Dated:_____
**THE HONORABLE JEREMY FOGEL**
**United States District Court**
**Northern District of California**
///
///
///
///
///
///
///
///
///
///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**
**CASE NO. C08-00317-JF**
**PAGE 3**

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On, May 8, 2008, I served:

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Cornelia Czornei Palladini (Defendant)          Frank Oliver Palladini (Defendant)
38 N. Main Street                                             38 N. Main Street
Milpitas, CA 95035                                          Milpitas, CA 95035

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this declaration was executed on May 8, 2008, at South Pasadena, California.

Dated: May 8, 2008                                              */s/ Terry Houston*
                                                                        **TERRY HOUSTON**

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)
CASE NO. C08-00317-JF
PAGE 4**