Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030**

**Tel:  626-977-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J Sports Productions, Inc.,** | **Case No. CV 08-0317 JF** |
| **Plaintiff,** | **CERTIFICATE OF SERVICE OF ORDER** |
| **vs.** | |
| **Cornelia Czornei Palladini, et al,** | |
| **Defendants.** | |

TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR

ATTORNEYS OF RECORD:

On May 15, 2008, Plaintiff's counsel duly served a true and correct copy of the enclosed

Order upon all Parties of record or their counsel.

Respectfully submitted,

Dated:  May 15, 2008           */s/ Thomas P. Riley*_____
                                **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                By: Thomas P. Riley
                                Attorneys for Plaintiff
                                J & J Sports Productions, Inc.

1

2 ## ORDER (Proposed)

3

4      It is hereby ordered that the Case Management Conference in civil action number C08-00317-JF

5 styled *J& J Sports Productions, Inc. v Cornelia Czornei Palladini, et al.*, is hereby continued from 10:30

6 a.m., Thursday, May 16, 2008, to___ Friday, July 11, 2008 at 10:30 AM _____.

7      The Parties shall file a joint Case Management Statement in advance of the Case Management

Conference pursuant to the Local Rules and the Standing Order of this Court.

8
9      Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a Certification

of Service of this Order with the Clerk of the Court.

10

11

12

13 **IT IS SO ORDERED**:

14

15

16                                                              Dated:_____5/14/08_____

17 **THE HONORABLE JEREMY FOGEL**
**United States District Court**
18 **Northern District of California**
19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)
CASE NO. C08-00317-JF
PAGE 3**

## PROOF OF SERVICE (SERVICE BY FIRST CLASS MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On May 15, 2008, I served:

## CERTIFICATE OF SERVICE OF ORDER

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. James M. Barrett, Esquire                    Attorneys for Defendants
LAW OFFICE OF JAMES M. BARRETT
P.O. Box 391228
789 Castro Street
Mountain View, CA 94041

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on May 15, 2008, at South Pasadena, California.

Dated: May 15, 2008                         */s/ Emily Stewart*
                                            EMILY STEWART